**Douglas E. NALLS, Plaintiff–Appellant,**

v.

**STAR MOTORS, LLC, d.b.a. Mercedes Benz of Fort Lauderdale, Peter Gegan, Agent for Star Motors, LLC, Ralph Mesa, Agent for Star Motors, LLC, John Crocetti, Agent for Star Motors, LLC, James Bender, Manager, Agent for Star Motors, LLC, Defendants–Appellees.**

No. 09–12346

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Jan. 4, 2010.

Douglas E. M.D. Nalls, North Miami, FL, pro se.

Before MARCUS, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Douglas E. Nalls appeals the *sua sponte* dismissal of his *pro se* breach-of-contract suit. After a careful review of the record, we conclude that the district court did not abuse its discretion in dismissing the complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). *Miller v. Donald*, 541 F.3d 1091, 1100 (11th Cir.2008); *Bilal v. Driver*, 251 F.3d 1346, 1349–50 (11th Cir. 2001). Moreover, we note separately from the pleadings that the defendant STAR MOTORS, LLC is a Delaware corporation with its principal place of business in Flori-

da, and is likely a citizen of Florida for purposes of diversity jurisdiction. Therefore, we doubt that the district court was vested with subject-matter jurisdiction to hear this case because of a lack of diversity between the parties. *See* 28 U.S.C. § 1332(a)(1),–(c)(1); *MacGinnitie v. Hobbs Group, LLC,* 420 F.3d 1234, 1239 (11th Cir.2005); *see also Nalls v. Mercedes Benz of Fort Lauderdale,* No. 06–60081–CIV–COHN, 2008 WL 906777, at *1, 2008 U.S. Dist. LEXIS 26157, at *1 (S.D.Fla. Apr.1, 2008).

**AFFIRMED.**